IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

  v.

EMERALD INVESTMENTS INC., and DOES 1 through 10, inclusive,

    Defendants.

                                                                    /

No. C 16-00759 WHA

**ORDER TO SHOW CAUSE**

      This case was called today at 11:00 a.m. for a case management conference, properly noticed, and no one appeared. In addition, the Court notes the file fails to show that service of the summons and complaint has been effected within the time required by the rules. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** at **11:00 A.M. ON AUGUST 4, 2016**, why this case should not be dismissed for lack of prosecution and failure to timely serve. This showing must be made under oath in a declaration by **NOON ON AUGUST 2**. If plaintiff fails to file a written response and appear at the hearing, this case will be dismissed.

      **IT IS SO ORDERED.**

Dated: July 21, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE